```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
                                    )
UNITED STATES OF AMERICA,           )     PETITION TO
                                    )     ENFORCE INTERNAL
                                    )     REVENUE SUMMONS
            Petitioner,             )
    - against -                     )     Miscellaneous Action
                                    )     No.
JECHOVDA EINHORN,                   )     MISC 15  0506
                                    )
            Respondent.             )
-----------------------------------X
```

FILED CLERK
2015 MAR 18 PM 3:55

The UNITED STATES OF AMERICA, on behalf of its agency, the Internal Revenue Service, by its attorneys, LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, and Rachel G. Balaban, Assistant United States Attorney, of counsel, alleges on information and belief:

1. This proceeding is brought under the authority of Internal Revenue Code §§ 7402(b) and 7604(a), Internal Revenue Code §§ 7402(b) and 7604(a), 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce Internal Revenue Service summonses.

2. Respondent Jechovda Einhorn, resides at 1144 38th Street, Brooklyn, New York, which is within the jurisdiction of this Court

3. E. Guyce is a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division, North Atlantic Compliance Area of the Internal Revenue Service, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury Regulation Section 301.7602, 26 C.F.R. § 301.7602-1.

4. Revenue Officer E. Guyce is conducting an investigation for the purposes of determining respondent Jechovda Einhorn's tax liability for the Form 1040 calendar periods ending December 31, 2007 and December 31, 2009, as set forth in the Declaration of Revenue Officer E. Guyce, annexed hereto as Exhibit B.

5. Respondent Jechovda Einhorn is in possession or control of books, records, and other papers relating to, and has personal knowledge relating to, the above-described investigation.

6. On June 20, 2014, an Internal Revenue Service summons was duly issued by Revenue Officer E. Guyce, directing respondent Jechovda Einhorn to appear before Revenue Officer E. Guyce on July 10, 2014, at 9:00 a.m., to testify and produce for examination the books, records, and other documents more fully described in the summons. An attested copy of the summons was served on the respondent Jechovda Einhorn by Revenue Officer E. Guyce, on June 20, 2014. A copy of the summons is attached hereto and incorporated herein as Exhibit A.

7. On July 10, 2014, respondent Jechovda Einhorn did not appear in response to the summons, nor did he produce any of the documents or other materials demanded by the summons. Respondent's refusal to comply with the summons has continued, as set forth in the Declaration of Revenue Officer E. Guyce.

8. By letter dated January 16, 2015, a copy of which is attached as Exhibit C, respondent Jechovda Einhorn, was advised by the United States Attorney's Office that if he did not comply with the summons by February 5, 2015, a petition would be filed seeking an order compelling his compliance. Respondent has not complied with the summons to date.

9. The books, papers, records, and other data sought by the summons are not already in the possession of the Internal Revenue Service.

10. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

11. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly determine respondent's federal tax liability for the Form 1040 calendar periods ending December 31, 2007 and December 31, 2009, as evidenced by the Declaration of Revenue Officer E. Guyce attached hereto and incorporated herein as part of this petition.

12. Upon information and belief, it is the practice of this Court in these matters to proceed by Order to Show Cause. No previous application has been made for the order or relief sought.

WHEREFORE, petitioner United States of America respectfully requests:

1. That this Court enter an order directing respondent Jechovda Einhorn, to show cause why he should not be compelled to comply with and obey the attached summons and each and every requirement thereof;

2. That this Court enter an order directing respondent Jechovda Einhorn, to obey the summons and each and every requirement thereof, by ordering the attendance, testimony, and production of the records called for by the summons before a proper officer of the Internal Revenue Service, at such time and place as hereafter may be fixed by such officer, and by ordering him to appear for the purpose of giving testimony concerning the federal tax liability as to each and all of the tax periods under investigation;

3.      That the United States recover its costs in maintaining this action; and

4.      That this Court grant the United States such other and further relief as it deems just, necessary, and proper.

Dated: Brooklyn, New York
       March 18, 2015

                                  LORETTA E. LYNCH
                                  United States Attorney
                                  Eastern District of New York
                                  Attorney for Petitioner
                                  271 Cadman Plaza East — 7th Floor
                                  Brooklyn, New York 11201

By:             /s/
                                  RACHEL G. BALABAN
                                  Assistant United States Attorney
                                  (718) 254-6028

TO:    Mr. Jechovda Einhorn
        1144 38th Street
        Brooklyn, New York 11218-1927

# Summons

## Collection Information Statement

**In the matter of** JECHOVDA EINHORN, 1144 38TH ST, BROOKLYN, NY 11218-1927
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* Small Business / Self Employed
**Periods:** Form 1040 for the calendar periods ending December 31, 2007 and December 31, 2009

### The Commissioner of Internal Revenue

**To:** JECHOVDA EINHORN
**At:** 1144 38TH ST, BROOKLYN, NY 11218-1927

You are hereby summoned and required to appear before E GUYCE, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 02/01/2014 To 04/30/2014

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

2 METROTECH CENTER, 100 MYRTLE AVE 6TH FLR COLL GRP 30, BROOKLYN NY 11201 (718) 834-3513

**Place and time for appearance: At** 2 METROTECH CENTER, 100 MYRTLE AVE 6TH FLR COLL GRP 30, BROOKLYN, NY 11201

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 10th day of July, 2014 at 9:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 20th day of June, 2014

E GUYCE
*Signature of issuing officer*

REVENUE OFFICER
Title

*Signature of approving officer (if applicable)*

Title

**Original** -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 6/20/2014   Time: 11:04 AM

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Signature: [signed]   Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: [signed]   Title: Revenue Officer

Catalog No. 25000Q   Form **6637** (Rev. 10-2010)

## UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>**Petitioner** )<br>)<br>v. )<br>)<br>JECHOVDA EINHORN )<br>)<br>**Respondent**. ) | **Civil Action No.** |

### DECLARATION

E GUYCE declares, under penalty of perjury, pursuant to 28 U.S.C. section 1746, that the following statements are true, except those made on information and belief and, as to those, I believe them to be true:

1. I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division North Atlantic Compliance Area of the Internal Revenue Service at 2 METRO TECH, 100 MYRTLE AVE 6TH FLOOR, BROOKLYN, NY 11201-.

2. In my capacity as a revenue officer I am conducting an investigation for the collection of tax liability of Jechovda Einhorn for the calendar year(s) ended: December 31, 2007 & December 31, 2009.

3. In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on June 20, 2014, an administrative summons, Internal Revenue Service Form 6637, to Jechovda Einhorn, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A.

4. In accordance with Section 7603 of Title 26, U.S.C., on 06/20/2014, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3) above on the respondent, Jechovda Einhorn, by leaving a copy at last and usual place of abode, as evidenced in the certificate of service on the reverse side of the summons.

On July 23, 2014, Counsel issued 2N56 letter required Jechovda Einhorn to appear on August 26, 2014 at 9:00AM. Jechovda Einhorn did not appear nor was requested information submitted.

5. On July 10, 2014, the respondent Jechovda Einhorn, did not appear in response to summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to examine the books, papers, records, or other data sought by the summons in order to collect the federal tax liability of Jechovda Einhorn for the calendar year(s) ended December 31, 2007 & December 31, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17TH day of OCTOBER, 2014.

E GUYCE, REVENUE OFFICER

2



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:RGB:dej
File No. 2014V02740

*271 Cadman Plaza East*
*Brooklyn, New York   11201*

January 16, 2015

**BY FEDERAL EXPRESS**

Mr. Jechovda Einhorn
1144 38th Street
Brooklyn, New York  11218-1927

      Re:    *In re Enforcement of IRS Summons to Taxpayer Jechovda Einhorn*

Dear Mr. Einhorn:

      This Office represents the Internal Revenue Service in connection with proceedings to enforce the enclosed administrative summons, which was served upon you on or about June 20, 2014.  This summons required you to appear before IRS Revenue Officer E. Guyce on July 10, 2014, to give testimony and to provide documents concerning an IRS investigation into your tax liability for the Form 1040 calendar periods ending December 31, 2007 and December 31, 2009.

      The IRS has informed us that, as of this date, you have not complied with the summons, having failed to appear at a scheduled meeting with IRS Revenue Officers on July 10, 2014.  We note that the requested testimony and documents are required by the IRS in connection with its investigation, and compliance with the administrative summons is mandatory.

      If you do not immediately take steps to comply with the IRS summons and to provide the requested documentation and testimony, the United States Attorney will commence an action against you in the United States District Court for the Eastern District of New York, seeking an order compelling compliance with the IRS summons.  In the event that you wish to discuss this matter further, please contact Dahlia E. Joshua, Paralegal Specialist, at (718) 254-6338 or the Assistant United States Attorney, **before February 5, 2015**.  If you do not respond by that date,

Mr. Jechovda Einhorn
*In re Enforcement of IRS Summons to Taxpayer Jechovda Einhorn*
Page 2

we will proceed with the filing of an enforcement action against you to secure the required compliance with the administrative summons for documents and testimony.

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney
          Eastern District of New York

By: _____
          RACHEL G. BALABAN
          Assistant United States Attorney
          (718) 254-6028

Encl.: Copy of IRS Summons

cc w/o Encl.:

Revenue Officer E. Guyce
6th Floor — Group 30
2 MetroTech Center
100 Myrtle Avenue
Brooklyn, New York 11201

| | | |
|---|---|---|
| From: (718) 254-6338  Origin ID: EGXA<br>DAHLIA E. JOSHUA - Paralegal<br>U. S. ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF NEW YORK<br>271 CADMAN PLAZA EAST - 7TH FLOOR<br>BROOKLYN, NY 11201 |  FedEx Express | Ship Date: 16JAN15<br>ActWgt 1.0 LB<br>CAD: 1546839/INET3550 |
| | J142214092303uv | Delivery Address Bar Code |
| SHIP TO: (718) 254-6338  BILL SENDER<br>**MR. JECHOVDA EINHORN**<br><br>**1144 38TH STREET**<br><br>**BROOKLYN, NY 11218** | | Ref #<br>Invoice #<br>PO #<br>Dept # |





TRK# 7726 1065 3738   0201

**E2 FBTA**

MON - 19 JAN AA
**STANDARD OVERNIGHT**
RES
**11218**
NY-US
**EWR**

522G1/8F15/8AC9

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                  1/16/2015